**Opinion issued February 7, 2023**



In The

# Court of Appeals

For The

## First District of Texas

———————————

### NO. 01-23-00047-CR

———————————

### IN RE DEANDRE DEBOEST, Relator

———————————

**Original Proceeding on Petition for Writ of Mandamus**

———————————

**MEMORANDUM OPINION**

Relator, DeAndre DeBoest, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus requesting that this Court issue a writ of mandamus directing the trial court to "[g]ive a written ruling on [his] Motion to Suppress Evidence (Warrantless Seizure) and hold a Suppression Hearing."[1]

---

[1]   The underlying case is *DeAndre DeBoest v. The State of Texas*, Cause No. 1792110, in the 232nd District Court of Harris County, Texas, the Honorable Josh Hill presiding.

Our review of DeBoest's mandamus petition reflects that DeBoest has failed to establish that he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.3(k), 52.7, 52.8; *see also Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Accordingly, we deny DeBoest's petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).